** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DENNIS WAYNE HOPE | § | |
| VS. | § | CIVIL ACTION NO. 9:18cv27 |
| TODD HARRIS, ET AL. | § | |

<u>FINAL JUDGMENT</u>

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**So Ordered and Signed**
May 5, 2020

Ron Clark, Senior District Judge