IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

DENNIS WAYNE HOPE §
§
VS. § CIVIL ACTION NO. 9:18cv27
§
TODD HARRIS . ET AL. §

## NOTICE OF APPEAL

COMES NOW DENNIS WAYNE HOPE, PLAINTIFF, Pro Se, and respectfully files this NOTICE OF APPEAL. this appeal is for the "ORDER OVERRULING OBJECTIONS AND ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION" and "FINAL JUDGMENT" of this court entered on May 5, 2020. The above-styled cause is being appealed to THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.

Respectfully Submitted,

Dennis Wayne Hope 579097
Polunsky Unit 3872 FM 350 South
Livingston, texas 77351

### CERTIFICATE OF SERVICE

I Dennis Wayne Hope, Plaintiff Pro Se, hereby certify that a true and correct copy of Plaintiff's "NOTICE OF APPEAL" has been sent to Amy L. Prasad, Assistant Attorney General for the State of Texas at Office of Ken Paxton, Attorney General of Texas P.O. Box 12548 Austin, texas 78711-2548 via U.S. mail first class postage prepaid on this 29th day of May 2020.

Dennis Wayne Hope 579097
Polusnky Unit
3872 FM 350 South
Livingston, Texas 77351

May 29, 2020

Mr. David O'Toole, Clerk
U.S. District Court of the Eastern District of Texas
Lufkin Division
104 North Third Street
Lufkin, Texas 75901

Re: DENNIS WAYNE HOPE  vs. TODD HARRIS ET AL.     CAUSE No.   9:18cv27

Dear Mr. O'Toole:

Enclosed please find two (2) copies of Plaintiff's NOTICE OF APPEAL. This appeal is for the "ORDER OVERRULING OBJECTIONS AND ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION" and "FINAL JUDGMENT" entered by this court on May 5, 2020.  Enclosed is a check in the amount of $505.00 for the filing fee in THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.

Please file this with the court at your earliest convenience. Thank you in advance for your attention to this matter.

Respectfully Submitted,

*Dennis Wayne Hope*
Dennis Wayne Hope #579097
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Dennis Hope 579097
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

NORTH TEXAS TX PADC
DALLAS TX 750
29 MAY 2020 PM 7 L



Mr. David O'Toole, Clerk
United States Court of the
Eastern District of Texas
Lufkin Division
104 North Third Street
Lufkin, Texas 75901