# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Sep 09, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
June 18, 2021
Lyle W. Cayce
Clerk

No. 20-40379

───────────────

DENNIS WAYNE HOPE,

*Plaintiff—Appellant,*

versus

TODD HARRIS; CHAD REHSE; LEONARD ESCHESSA; JONI WHITE; KELLY ENLOE; MELISSA BENET; B. FIVEASH,

*Defendants—Appellees.*

───────────────

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:18-CV-27

───────────────

Before KING, SMITH, and HAYNES, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and VACATED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.