# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| DENNIS WAYNE HOPE | § | |
| VS. | § | CIVIL ACTION NO. 9:18cv27 |
| TODD HARRIS, ET AL. | § | |

## ORDER

Pending before the court are the defendants' Motions to Substitute Counsel (ECF Nos. 31 and 35). In their first Motion, the defendants request permission to substitute Assistant Attorney General Evan W. Weltge as lead counsel of record to replace Amy Prasad. In their second Motion, the defendants request to substitute Assistant Attorney General Sheaffer K. Fennessey in the place of Evan W. Weltge. After due consideration, the court is of the opinion that the defendants' Motions should be granted. It is therefore

**ORDERED** that the defendants' Motions to Substitute Counsel are **GRANTED.** Accordingly, it is

**ORDERED** that Assistant Attorney General Sheaffer K. Fennessey is substituted as Attorney-in-Charge for the defendants and Assistant Attorneys General Amy Prasad and Evan W. Weltge are withdrawn.

SIGNED this 27th day of July, 2022.

_____
Zack Hawthorn
United States Magistrate Judge