May 16, 2023

United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 22 2023

BY
DEPUTY _____

Re: Dennis Wayne Hope v. Todd Harris Et. Al. # 9:18-CV27

Dear Clerk:

Please inform the Court of my sudden change of address. Please have your records to reflect my current address as follows:

   Dennis Wayne Hope #579097
   Connally Unit
   899 FM 632
   Kenedy, Texas
         78119

Thank you in advance for time addressing this matter.

Respectfully,
Dennis W. Hope 579097
Connally Unit
899 FM 632
Kenedy, Texas
     78119

Dennis Hope 579097
Connally Unit
899 FM 632
Kenedy, Texas
78119

CLERK, U.S. DISTRICT COURT
RECEIVED
MAY 22 2023
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

Legal Mail!

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
16 MAY 2023 PM 3 L

United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901